Honorable U.S. Judge: Robert Holmes Bell

Thank you for justice! Miss Mac Doo had dismissed in her mind and heart — justice for her deceased daughter and grandchild. You gave her a fresh start in the belief that the Judicial System truly works.

In seeking justice locally she met tenacious and viscious opposition. The Judicial and law enforcement network here, were unrelenting in defending its unfair system and the evils contained within it.

FILED - GR
January 27, 2012 2:28 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gjf / SCANNED BY

With more than $2500⁰⁰ tied up in bond and tether bond weekly fees, as a result of bogus criminal charges against her, she now faces a financial crisis. I can't pay my bills, I have no money. You gave me (30) days to find an attorney. Without my tether bond being paid, they can put me in jail at any moment. If I am in jail I can't find an attorney.

    Miss MacDoo is now in receipt of an eviction notice; the burden for both her and granddaughter is extra heavy.

Honorable Judge: Miss MacDoo requests immediate release of settlement monies in hopes of relief of this financial crisis. This is her petition before the rule of your court

Yours in Respect
Annette MacDoo

*Annette MacDoo*