UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTES

BRIAN SAUER

vs.

OZELL QUINN, et al.

CASE NO.: 1:11-CV-1078
DATE: 5/31/13
TIME: 10:03 - 10:15 a.m.
PLACE: Grand Rapids
JUDGE: Hon. Robert Holmes Bell

# APPEARANCES

PLAINTIFF: Roosevelt Thomas

PERSONAL REP: Brian Sauer

INTERESTED PARTY: Joseph Sukup

GUARDIAN AD LITUM: Craig Jennings

DEFENDANTS: Justin Cole, Michael Ewing

# WITNESSES

PLAINTIFF:

DEFENDANT:

# PROCEEDINGS

NATURE OF HEARING:
Telephone Status Conference.

　　　　　　　　　　　　　　　　　　/s/ Susan Driscoll Bourque
　　　　　　　　　　　　　　　　　　　　　Case Manager